GERDA C. KONRAD v. ALEXANDER M. KONRAD.

October 5, 1982.

Petition for certification denied.

IN THE MATTER OF THE TENURE HEARING OF DONALD
HENLEY, SCHOOL DISTRICT OF THE CITY OF
CAMDEN, CAMDEN COUNTY.

October 5, 1982.

Petition for certification denied.

SHIRLEY K. LICHTMAN v. BOARD OF EDUCATION OF THE
VILLAGE OF RIDGEWOOD, BERGEN COUNTY.

October 5, 1982.

The Court having entered an order on September 21, 1982, granting the petition for certification and remanding the matter to the Appellate Division for further consideration, and good cause appearing; it is ORDERED that the provision of said order of September 21, 1982 remanding the matter to the Appellate Division is vacated; and it is further ORDERED that this matter shall be considered, in due course, as an appeal before the Supreme Court.